IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 23-2-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| BOBBY MANUEL ARGO, | |
| Defendant. | |

The United States has filed an Unopposed Motion for a Preliminary Order of Forfeiture.  (Doc. 25.)  Defendant Bobby Manuel Argo appeared before the Court on May 5, 2023, and entered a plea of guilty to Count 1 of the Indictment.  Argo's plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 18 U.S.C. §§ 981, 2428 and 2253(a)(1).  Accordingly,

IT IS ORDERED that the motion (Doc. 25) is GRANTED.

1

IT IS FURTHER ORDERED that Argo's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. §§ 981, 2428 and 2253(a)(1):

- Apple iPhone 12, model# A2172, 64 GB mobile phone, serial number #DNPGX09N0DXT, IMEI# 353719570370310.

IT IS FURTHER ORDERED that the United States Marshals Service and the Department of Homeland Security shall seize the property subject to forfeiture and further shall make a return as provided by law.

IT IS FURTHER ORDERED that the United States shall provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1), and shall make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture and in any event this Order shall become final as to Argo at sentencing and is incorporated into any

2

judgment issued in this case pursuant to Federal Rule of Criminal Procedure

32.2(b)(4)(A)-(B).

DATED this 23rd day of May, 2023.

_____
Donald W. Molloy, District Judge
United States District Court