IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BOBBY MANUEL ARGO,<br><br>Defendant. | CR 23-2-M-DWM<br><br><br><br>ORDER |

This matter comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture. (Doc. 38.) Having reviewed said motion, the Court FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. §§ 981, 2428 and 2253(a)(1);

2. A Preliminary Order of Forfeiture was entered on May 23, 2023 (*see* (Doc. 27);

1

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

4. There appears there is cause to issue a forfeiture order under 18 U.S.C. §§ 981, 2428 and 2253(a)(1);

It is therefore ORDERED that:

1. The Unopposed Motion for Final Order of Forfeiture (Doc. 38) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. §§ 2428 and 2253(a)(1), free from the claims of any other party: Apple iPhone 12, model# A2172, 64 GB mobile phone, serial number #DNPGX09N0DXT, IMEI# 353719570370310.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 27th day of July, 2023.

Donald W. Molloy, District Judge
United States District Court